**Judy COPELAND, with help of roommate Carl Shell due to Judy Copeland's mental retardation, Plaintiff,**

---

Carl Shell, Proposed Intervenor–
Appellant,

v.

HOUSING AUTHORITY OF HOL-
LYWOOD, Tim Schwartz, De-
fendants–Appellees.

No. 07–15744
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 25, 2008.

Carl Shell, Hollywood, FL, pro se.

Jeffrey L. Hochman, Johnson, Anselmo, Murdoch, Burke, Piper & McDuff, P.A., Fort Lauderdale, FL, for Defendants–Appellees.

Before ANDERSON, CARNES, and HULL, Circuit Judges.

PER CURIAM:

Because we have decided that the district court properly granted summary judgment on Judy Copeland's claims underlying this challenge, *see Copeland v. Housing Authority of Hollywood,* No. 08–10744, 300 Fed.Appx. 843, 2008 WL 4997184 (11th Cir.2008), Carl Shell's motion to intervene is **DENIED.**